

```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

        JUN 27 2017

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>LIGIA JN BREDICEAN )<br>  )<br>Defendant. ) | 2:03-CR-175-LDG-LRL |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#32), sentencing having been imposed on September 5, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: MBNA AMERICA
Amount of Restitution: $2,099.99

Name of Payee: BANK ONE
Amount of Restitution: $37,053.10

Name of Payee: U S BANK NORTHWEST
Amount of Restitution: $1,052.99

Name of Payee: COLOMBIA STATE BANK VISA
Amount of Restitution: $3,797.98

**Total Amount of Restitution ordered:** $44,004.06

Dated this ___26th___ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE