UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:03-CR-175-LDG-LRL |
| Plaintiff, ) | |
| vs. ) | |
| LIGIA JN BREDICEAN ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#32), sentencing having been imposed on September 5, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: MBNA AMERICA
Amount of Restitution: $2,099.99

Name of Payee: BANK ONE
Amount of Restitution: $37,053.10

Name of Payee: U S BANK NORTHWEST
Amount of Restitution: $1,052.99

Name of Payee: COLOMBIA STATE BANK VISA
Amount of Restitution: $3,797.98

**Total Amount of Restitution ordered:** $44,004.06

Dated this 26th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

2